IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01767-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CHARLES HARRIS,

    Plaintiff,

v.

R. GICONI,
A. CERMAK,
R. HUDDLESTON,
R. MITCHELL,
FEDERAL BUREAU OF PRISONS (BOP),
JOHN DOE 1 THROUGH 4, and
UNITED STATES OF AMERICA,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

    Plaintiff, Charles Harris, a prisoner in the custody of the Federal Bureau of Prisons, has submitted to the Court a Prisoner Complaint (ECF No. 1).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

28 U.S.C. § 1915 Motion and Affidavit:
(1)   XX   is not submitted
(2)   ___   is missing affidavit
(3)   XX   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   XX   is missing authorization to calculate and disburse filing fee payments

(7)     ___    is missing an original signature by the prisoner
(8)     ___    is not on proper form (must use the court's current form)
(9)     ___    names in caption do not match names in caption of complaint, petition or habeas application
(10)   XX     other: <u>1915 motion and supporting documents are necessary only if filing fees totaling $400.00 are not paid in advance</u>.

Complaint, Petition or Application:
(11)   ___    is not submitted
(12)   ___    is not on proper form
(13)   ___    is missing an original signature by the prisoner
(14)   ___    is missing page nos. ___
(15)   ___    uses et al. instead of listing all parties in caption
(16)   ___    names in caption do not match names in text
(17)   ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   ___    other: _____.

Accordingly, it is

　　　ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

　　　FURTHER ORDERED that Plaintiff shall obtain a copy of the court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions at www.cod.uscourts.gov. Plaintiff shall use the form in curing the deficiencies. It is

　　　FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

　　　DATED August 18, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge